2075 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1102**

RICKY BROOMFIELD, )
)
    Plaintiff, )
)
vs. ) Case No.
)
MARK BULA, MARK GIERINGER, and )
MARK J. WAGNER, )
)
    Defendants. )

**JUDGE DOW**
**MAGISTRATE JUDGE ASHMAN**

## AFFIDAVIT OF INVESTIGATOR

1. I, Adam Kabarec, am an adult over the age of twenty-one (21) years of age and would testify to the following as true and accurate.

2. I have conducted a background investigation and confirmed that Plaintiff RICKY BROOMFIELD is currently domiciled at 8209 S. East End, Chicago, IL 60617.

3. I certify to the above and in accordance with 1-109 of the Code of Civil Procedure of Illinois. I swear to the above as true and accurate under penalty of perjury.

_____
Adam Kabarec

EXHIBIT
C

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Adam Kabarec

2