2075 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1102**

| | |
|---|---|
| RICKY BROOMFIELD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. |
| MARK BULA, MARK GIERINGER, and MARK J. WAGNER, | ) ) ) ) |
| Defendants. | ) |

**JUDGE DOW**
**MAGISTRATE JUDGE ASHMAN**

### AFFIDAVIT OF MARK J. GIERINGER

1. My name is Mark J. Gieringer. I am an adult over the age of twenty-one (21). If I were in Court, I would testify to the above as true and accurate.

2. I am currently domiciled at 511 North Main Street, Friendship WI 53934.

3. I am a citizen of the State of Wisconsin.

4. At the time of this accident on October 23, 2007, and at the current time, I have been domiciled in, and am citizen of, the State of Wisconsin.

5. I do not own any property in the State of Illinois.

6. I am not a citizen of or domiciled within the State of Illinois.

_____
Mark J. Gieringer



EXHIBIT
D

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Mark J. Gieringer

2