/05

# ELLIOTT & McCLURE, P.C.
### Attorneys at Law

ROGER C. ELLIOTT
THOMAS E. McCLURE
JENNIFER E. MANSBERGER
JOHN A. DENTON
JEFFREY M. GODIN
MICHAEL C. SABOL

123 West Washington, P.O. Box 710
Momence, Illinois 60954

TELEPHONE
(815) 472-2634

TELECOPIER
(815) 472-2649

December 12, 2006

**08 C 1102**

**JUDGE DOW**
**MAGISTRATE JUDGE ASHMAN**

Jeff Kortz
Sr. Liability Adjuster
Great West Casualty Company
2905 N Stone Carver Drive
P.O. Box 4555
Bloomington, IN  47404-4555

Re: Your File #:    999049-L-651
    Your Insured:  B & G Enterprises
    Your Driver:   Mark Wagner
    Date of Loss:  12/03/06
    My Client:     Rickey Broomfield



EXHIBIT G

Dear Jeff:

   This letter will serve to acknowledge receipt of your December 6, 2006 correspondence. It arrived today in an envelope dated December 8.

   I want to begin this letter by telling you that your letter was probably the most literate and professional letter I have received from an adjuster in many years. I am certainly impressed, and I look forward to working with you to attempt to get this case resolved.

   Having said that, there is preliminary information you need to assist you in establishing your reserve as we work together to try and resolve this claim. Mr. Broomfield has medical specials to date of approximately $40,000.00. He is scheduled to undergo surgery on December 18, although this may be delayed until after January 1. It is reasonable to expect that his medical specials will be in the $100,000.00 to $200,000.00 range. His wage loss to date is approximately $30,000.00. The surgery he is going to undergo will probably preclude him from returning to his work with the railroad. If that is indeed the case, his wage loss over his expected lifetime would be substantial.

Jeff Kortz
December 12, 2006
Page Two


    I will put together a package for you within the next two weeks. I will provide the medical records, wage loss statement and copies of his specials to date. His employer required a second opinion before they would agree to the surgery, so he has had two evaluations and, of course, I will be glad to provide them.

    I am also requesting at this time that you disclose your single limits coverage.

    It will be a pleasure working with you on this claim. I hope I have the pleasure and opportunity of meeting with you face to face at some point.

    Thanking you in advance for your time and cooperation, I remain,

                                    Very truly yours,

                                    Roger C. Elliott
                                    Attorney at Law

RCE/njm