U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**08 C 1102**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: **JUDGE DOW**
**MAGISTRATE JUDGE ASHMAN**

**RICKY BROOMFIELD v. MARK BULA, MARK GIERINGER and MARK J. WAGNER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**MARK BULA, MARK GIERINGER and MARK J. WAGNER**

| | |
|---|---|
| NAME (Type or print) <br> Allison V. Smith | |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) <br> /s/ Allison V. Smith | |
| FIRM <br> HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC | |
| STREET ADDRESS <br> 200 W. Adams St., Ste. 500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-5215 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6284013 | TELEPHONE NUMBER <br> 312/332-6644 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |



**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT