2075 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY BROOMFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 C 1102 |
| ) | |
| MARK BULA, MARK GIERINGER, and ) | Judge Dow |
| MARK J. WAGNER, ) | |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Now come Defendants, MARK BULA, MARK GIERINGER and MARK J. WAGNER, by and through their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and in *Answer to Plaintiff's Complaint*, states as follows:

### COUNT I

1.  On January 23, 2006, I-94 (Dan Ryan Expressway) was a public highway running North and South in the City of Chicago, County of Cook and State of Illinois.

**ANSWER:** Defendants admit the allegations contained in Paragraph 1.

2.  On January 23, 2006, Plaintiff, RICKY BROOMFIELD, operated, managed, maintained and controlled a motor vehicle in a Southerly direction on I-94 (Dan Ryan Expressway) in the City of Chicago, County of Cook and State of Illinois.

**ANSWER:** Defendants admit the allegations contained in Paragraph 2.

3.  On January 23, 2006, Defendant, MARK J. WAGNER, operated, managed, maintained and controlled a motor vehicle in a Southerly direction on I-94 (Day Ryan Expressway) in the City of Chicago, County of Cook and State of Illinois.

**ANSWER:**    Defendants admit the allegations contained in Paragraph 3.

4.    On January 23, 2006, Defendant, MARK J. WAGNER, while operating a motor on I-94 (Dan Ryan Expressway) violently struck the rear of the motor vehicle operated by Plaintiff, RICKY BROOMFIELD.

**ANSWER:**    Defendants admit there was contact between the vehicles operated by Defendants WAGNER and BROOMFIELD, but deny the remaining allegations contained in Paragraph 4.

5.    On January 23, 2006, Defendant, MARK J. WAGNER, was negligent in one or more of the following respects:

   a)   Operated, managed, maintained and controlled a motor vehicle;

   b)   Operated a motor vehicle without keeping a proper and sufficient lookout;

   c)   Failed to see and observe Plaintiff's motor vehicle when it could and should have been seen and observed;

   d)   Failed to decrease the speed of said motor vehicle so as to avoid colliding with Plaintiff's motor vehicle;

   e)   Failed to keep the motor vehicle under proper control;

   f)   Failed to maintain the brakes on the motor vehicle in proper and safe condition, in violation of 625 ILCS 5/12-301;

   g)   Failed to decrease the speed of the motor vehicle as necessary to avoid colliding with any person or vehicle on the road, in violation of 625 ILCS 5/11-601; and

   h)   Followed plaintiff's vehicle too closely.

**ANSWER:**    Defendants deny the allegations contained in Paragraph 5, including subparagraphs (a) through (h), inclusive.

6.    It was the duly of the Defendant, MARK J. WAGNER, prior to and at the time of the collision to exercise ordinary care for the safety of persons upon the highway, including the Plaintiff.

**ANSWER:** Defendants admit only to those duties imposed under the laws of the State of Illinois and deny any allegations inconsistent therewith.

7. As a proximate result of one or more of the aforesaid negligent acts and omissions of Defendant, MARK J. WAGNER, Plaintiff, RICKY BROOMFIELD, sustained injuries of a personal and pecuniary nature.

**ANSWER:** Defendants deny they made any act or omission of Defendant WAGNER caused injury to Plaintiff BROOMFIELD, and further Defendants deny that he was injured in the matter alleged.

WHEREFORE, Defendants MARK BULA, MARK GIERINGER and MARK J. WAGNER pray that the Court enter judgment in favor of the Defendants and against the Plaintiff RICKY BROOMFIELD, and pray that the Court dismiss Plaintiff's cause of action with prejudice and costs to the Defendants.

DEFENDANTS DEMAND TRIAL BY JURY.

## COUNT II

1. On January 23, 2006, I-94 (Dan Ryan Expressway) was a public highway running North and South in the City of Chicago, County of Cook and State of Illinois.

**ANSWER:** Defendants admit the allegations contained in Paragraph 1.

2. On January 23, 2006, Plaintiff, RICKY BROOMFIELD, operated, managed, maintained and controlled a motor vehicle in a Southerly direction on I-94 (Dan Ryan Expressway) in the City of Chicago, County of Cook and State of Illinois.

**ANSWER:** Defendants admit the allegations contained in Paragraph 2.

3. On January 23, 2006, Defendant, MARK J. WAGNER, operated, managed, maintained and controlled a motor vehicle in a Southerly direction on I-94 (Day Ryan Expressway) in the City of Chicago, County of Cook and State of Illinois.

**ANSWER:** Defendants admit the allegations contained in Paragraph 3.

4. At the aforesaid time and place, the Defendant, MARK J. WAGNER, was operating said motor vehicle in the capacity of agent, servant and/or employee of the Defendants, MARK BULA and MARK GIERINGER.

**ANSWER:** Defendants move to strike the allegations contained in Paragraph 4, as legal conclusion.

5. On January 23, 2006, Defendant, MARK J. WAGNER, while operating a motor on I-94 (Dan Ryan Expressway) violently struck the rear of the motor vehicle operated by Plaintiff, RICKY BROOMFIELD, but deny the remaining allegations contained in Paragraph 5.

**ANSWER:** Defendants admit there was contact between the vehicles operated by Defendant WAGNER and BROOMFIELD.

6. It was the duly of the Defendants, prior to and at the time of the collision to exercise ordinary care for the safety of persons upon the highway, including the Plaintiff.

**ANSWER:** Defendants admit only to those duties imposed under the laws of the State of Illinois and deny any allegations inconsistent therewith.

7. The Defendants were then and there guilty of one or more of the following negligent acts and/or omissions:

    a) Operated, managed, maintained and controlled a motor vehicle;

    b) Operated a motor vehicle without keeping a proper and sufficient lookout;

    c) Failed to see and observe Plaintiff's motor vehicle when it could and should have been seen and observed;

    d) Failed to decrease the speed of said motor vehicle so as to avoid colliding with Plaintiff's motor vehicle;

    e) Failed to keep the motor vehicle under proper control;

    f) Failed to maintain the brakes on the motor vehicle in proper and safe condition, in violation of 625 ILCS 5/12-301;

    g)    Failed to decrease the speed of the motor vehicle as necessary to avoid colliding with any person or vehicle on the road, in violation of 625 ILCS 5/11-601; and

    h)    Followed plaintiff's vehicle too closely.

**ANSWER:** Defendants deny the allegations contained in Paragraph 7, including subparagraphs (a) through (h), inclusive.

8.    As a proximate result of one or more of the aforesaid negligent acts and omissions of Defendant, MARK J. WAGNER, Plaintiff, RICKY BROOMFIELD, sustained injuries of a personal and pecuniary nature.

**ANSWER:** Defendants deny they made any act or omission of Defendant WAGNER caused injury to Plaintiff BROOMFIELD, and further Defendants deny that he was injured in the matter alleged.

WHEREFORE, Defendants MARK BULA, MARK GIERINGER and MARK J. WAGNER pray that the Court enter judgment in favor of the Defendants and against the Plaintiff RICKY BROOMFIELD, and pray that the Court dismiss Plaintiff's cause of action with prejudice and costs to the Defendants.

DEFENDANTS DEMAND TRIAL BY JURY.

        Respectfully submitted,

        HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

/s/ Shimon B. Kahan - ARDC No. 6207172
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
Attorneys for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ Shimon B. Kahan - ARDC No. 6207172
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
Attorneys for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com