2075 sbk.avs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RICKY BROOMFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2008 C 1102 |
| | ) | |
| MARK BULA, MARK GIERINGER, and | ) | Judge Dow |
| MARK J. WAGNER, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF FILING

To:    Roger C. Elliott
       104 N. Dixie Hwy., B710
       Momence, IL 60954

YOU ARE HEREBY NOTIFIED that on March 3, 2008, there was filed with the Clerk of the Northern District of Illinois, Eastern Division, ***Defendants' Answer to Plaintiff's Complaint,*** a copy of which is attached hereto.

Shimon B. Kahan, Attorney No. 6207172
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
Attorneys for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bennett J. Baker.

/s/ Shimon B. Kahan
Shimon B. Kahan