# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Broomfield v. Wagner, et al. | Case Number:<br>08 cv 1102 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Ricky Broomfield

FILED
MAR 7 2008 YM
MAR 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Roger C. Elliott | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>Elliott & McClure, P.C. | |
| STREET ADDRESS<br>123 W. Washington Street, P.O. Box 710 | |
| CITY/STATE/ZIP<br>Momence, IL  60954 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>731951 | TELEPHONE NUMBER<br>(815) 472-2634 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]