**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ricky Broomfield

                        Plaintiff,

v.                                                        Case No.: 1:08−cv−01102
                                                              Honorable Robert M. Dow Jr.

Mark J. Wagner, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: Status hearing held on 4/9/2008. All fact discovery to be completed on or by 6/30/08. Plaintiff shall comply with Fed.R.Civ.P. 26(a)(2) and disclose expert reports and supporting documentation consistent with same on or before 9/30/08. Depositions of said witnesses shall proceed by 10/31/08. Defendants shall comply with Fed. R.Civ.P. 26(a)(2) and disclose said reports by 12/31/08. Depositions of said witnesses shall proceed by 1/31/09. Status hearing set for 8/6/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.