2075 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY BROOMFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 C 1102 |
| ) | |
| MARK BULA, MARK GIERINGER, and ) | Judge Dow |
| MARK J. WAGNER, ) | |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW BY ATTORNEY ALLISON V. SMITH
AS COUNSEL FOR DEFENDANTS
MARK BULA, MARK GIERINGER, and MARK J. WAGNER**

Now comes ALLISON V. SMITH counsel for Defendants, MARK BULA, MARK GIERINGER, and MARK J. WAGNER, and for its motion to withdraw appearance for Allison V. Smith, they state as follows:

1. Shimon B. Kahan, Allison V. Smith, and other attorneys of the law firm of HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC have filed appearances on behalf of Defendants MARK BULA, MARK GIERINGER, and MARK J. WAGNER.

2. Allison V. Smith (ARDC No. 6284013) no longer is employed by the law firm of HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC.

3. Shimon B. Kahan and other attorneys of the law firm of HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC will continue to represent Defendants MARK BULA, MARK GIERINGER, and MARK J. WAGNER in this matter.

4. No party will suffer prejudice from the allowance of this Motion.

WHEREFORE, ALLISON V. SMITH respectfully requests that this Honorable Court issue an order withdrawing her appearance and terminate her appearance from this matter on behalf of Defendants MARK BULA, MARK GIERINGER, and MARK J. WAGNER. Defendants further request that this Motion be granted without hearing.

        Respectfully Submitted,

        HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER LLC

        /s/ Shimon B. Kahan
        Shimon B. Kahan - ARDC No. 6207172
        HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
        Attorneys for Defendants
        200 W. Adams St., Ste. 500
        Chicago, IL 60606-5215
        Tel: (312) 332-6644
        Attorney No. 6207172