2075 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY BROOMFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 C 1102 |
| ) | |
| MARK BULA, MARK GIERINGER, and ) | Judge Robert M. Dow, Jr. |
| MARK J. WAGNER, ) | |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

### NOTICE OF MOTION

To:  Roger C. Elliott            cc:  Judge Robert M. Dow, Jr.
     104 N. Dixie Hwy., B710          219 S. Dearborn St., Room 1914
     Momence, IL 60954                Chicago, Illinois

On Thursday, May 8, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1919 of the Northern District of Illinois, Eastern Division and shall then and there present *Motion For Leave To Withdraw By Attorney Allison V. Smith*, a copy of which is attached hereto.

Shimon B. Kahan, ARDC No. 6207172
Attorneys For: Defendants
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

### 1-109 Certificate

I certify, under the law that I served this Notice by electronic filing and mailing a copy to each person to whom it is directed at the address above indicated on May 1, 2008, with proper postage pre-paid.

/s/ Shimon B. Kahan