# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1102 | **DATE** | 5/6/2008 |
| **CASE TITLE** | BROOMFIELD vs. BULA, et al | | |

**DOCKET ENTRY TEXT**

Motion for leave to withdraw [15] by Attorney Allison V. Smith as counsel for defendants is granted. Notice of Motion date of 5/8/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|