2075 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY BROOMFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 C 1102 |
| ) | |
| MARK BULA, MARK GIERINGER, and ) | Judge Robert M. Dow, Jr. |
| MARK J. WAGNER, ) | |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

## NOTICE OF FILING

To:   Roger C. Elliott
      104 N. Dixie Hwy., B710
      Momence, IL 60954

YOU ARE HEREBY NOTIFIED that on June 18, 2008, there was filed with the Clerk of the Northern District of Illinois, Eastern Division, *Additional Appearance*, a copy of which is attached hereto.

Elana K. Seifert - ARDC No. 6244819
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
Attorneys for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Roger Elliott.

/s/ Elana K. Seifert