2075 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY BROOMFIELD,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| vs.       ) | Case No. 2008 C 1102 |
| ) | |
| MARK BULA, MARK GIERINGER, and       ) | Judge Dow |
| MARK J. WAGNER,       ) | |
| ) | Magistrate Judge Ashman |
| Defendants.       ) | |

## DEFENDANTS' MOTION TO EXTEND TIME TO COMPLETE FACT DISCOVERY

Now come the Defendants, MARK BULA, MARK GIERINGER and MARK J. WAGNER, by and through their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and seek entry of an order extending the time within which to complete fact discovery an additional forty-five (45) days beyond the current deadline of June 30, 2008. In support of this Motion, Defendants state as follows:

1. This matter arises from an incident that occurred on January 23, 2006 on I-94 (Dan Ryan Expressway) was a public highway running North and South in the City of Chicago, County of Cook and State of Illinois.

2. At the initial case management conference, this Court entered a discovery scheduling order that required all fact discovery to be completed on or before June 30, 2008, Plaintiff's expert disclosures to be made on or before September 30, 2008, depositions of any such witnesses to proceed by October 31, 2008, Defendants' 26(a)(2) disclosures by December 31, 2008, and depositions of Defendants' 26(a)(2) witnesses by January 31, 2009.

3. The parties have exchanged written discovery, and the deposition of the Plaintiff is currently set for June 23, 2008.

4. Defendants' depositions are currently set for July 7, 2008. In addition, the depositions of four (4) fact witnesses are set for mid-July.

5. Defendants are not seeking to delay this matter or to extend any expert disclosure or deposition deadlines in this matter at this time. However, in light of the above fact discovery schedule, the parties will not be able to complete fact discovery by the current deadline of June 30, 2008. No prior extensions have been requested.

WHEREFORE, the Defendants MARK BULA, MARK GIERINGER and MARK J. WAGNER, respectfully request entry of an order extending the time within which to complete fact discovery in this matter, up to and including August 30, 2008, and for all other relief that this Court deems just and proper under the circumstances.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC


/s/ Elana K. Seifert
Elana K. Seifert - ARDC No. 6244819
Attorney for Defendants
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
Fax: (312) 332-6655
E-mail: eseifert@hskolaw.com