## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ricky Broomfield

                      Plaintiff,

v.                                            Case No.: 1:08−cv−01102
                                              Honorable Robert M. Dow Jr.

Mark J. Wagner, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' motion to extend time to complete fact discovery [24] is granted to and including 8/29/08; status hearing date of 8/6/08 is stricken and reset for 8/26/08 at 9:00 am. Notice of motion date of 6/25/08 is stricken and no appearance is necessary on that date.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.