UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ricky Broomfield
         Plaintiff,

v.                  Case No.: 1:08−cv−01102
                  Honorable Robert M. Dow Jr.

Mark J. Wagner, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 8/26/2008. MOTION by Defendants Mark Gieringer, Mark J. Wagner, Mark Bula for extension of time [27] to Complete Fact Non−Discovery is granted to and including 11/30/08. Discovery dates set out in this Court's minute order of 4/9/08 [13] are stricken. Status hearing set for 12/4/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.